**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ANTHONY FRADIN,

    *Plaintiff*,

v.

FORIS DAX, INC. D/B/A CRYPTO.COM,

    *Defendant*.

_____/

No. 22-cv-06438

*Removal of Cook County, Chancery Div. Case No. 2022CH10191*

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Anthony Fradin, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the instant action. All claims of Plaintiff Anthony Fradin, individually, are hereby dismissed <u>with</u> prejudice.

Respectfully Submitted By:

**SIMON LAW CO.**
By: */s/ James L. Simon*
James L. Simon
5000 Rockside Road
Liberty Plaza Building – Suite 520
Independence, Ohio 44131
Phone: (216) 816-8696
Email: james@simonsayspay.com

**FRADIN LAW**
By: */s/ Michael L. Fradin*
Michael L. Fradin #6289502
8401 Crawford Ave. Suite 104
Skokie, IL 60076
P: 847-986-5889
F. 847-673-1228
mike@fradinlaw.com